John Friedman and Another, Plaintiffs, v. John Ender and Others, Defendants, and Joseph A. Donovan, Appellant.— Appeal dismissed, without costs.

Clara C. Cornwall, as Administratrix, etc., Appellant, v. Bell Telephone Company, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to go to Court of Appeals denied.

Emerson S. Mayo, Trading as Glen Brothers, Respondent, v. Emma Zietlow, Appellant.— Order affirmed, with ten dollars costs and disbursements.